**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313

January 9, 2008

Clerk, U.S. Bankruptcy Court


RE:  Joseph L. Simpson
   Bankruptcy Case No.   5-04-52939
   Unclaimed Funds For:  PCFS Financial Services
                         309 Vine St. Mail Location 178D
                         Cincinnati OH 45202

Dear Clerk:

   Enclosed herewith please find check No. 693049 for $1,313.04 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              *Carol A. Kreider*

                              Carol A. Kreider
                              Funds Manager