```
                         UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                    PAGE    1
                                      )    CHAPTER 13
                                      )  CASE NO.      50452939 JJT
JOSEPH L SIMPSON                      )
                                      )    DATE FILED: 06/10/2004
                                      )  DATE CONFIRMED: 01/14/2005
708 POCONO DR                         )  DATE CONCLUDED: 02/13/2008
E. STROUDSBURG, PA  18301    DEBTOR (S) )
                                      )
----------------------------------------)


                         STANDING CHAPTER 13 TRUSTEE'S
                                FINAL REPORT
                              CLOSED COMPLETED


   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
----------------------------------------  --------------------------------------
                                          Amount        Paid
Claim Creditor's Name                     Allowed       to Date     Balance Due
----------------------------------------  --------------------------------------

SECURED
101 BANK ONE                              238.39        238.39         0.00
102 CHRYSLER FINANCIAL CORPORATION          0.00          0.00         0.00
                                                    ------------
                                                        238.39
UNSECURED
201 * LAWRENCE A RUDNICK, ESQ               0.00          0.00         0.00
                                                    ------------
                                                          0.00
REFUND TO DEBTOR
999 **JOSEPH L SIMPSON                    236.96        236.96         0.00
                                                    ------------
                                                        236.96
DEBTOR ATTORNEY
000 PHILIP W. STOCK, ESQUIRE              750.00        750.00         0.00
                                                    ------------
                                                        750.00
SECURED ARREARAGES
103 **CLERK OF US BANKRUPTCY COURT     18,729.61     18,729.60         0.01
                                                    ------------
                                                     18,729.60

--------------------------------------------------------------------------------
    TOTAL RECEIPTS          DISBURSED          TRUSTEE FEES        CASH ON HAND
      20,751.21             19,954.95             796.26               0.00
--------------------------------------------------------------------------------
```

```
                         UNITED STATES BANKRUPTCY COURT
                         MIDDLE DISTRICT PENNSYLVANIA
IN THE MATTER OF:                                                   PAGE    2

                                          )       CHAPTER 13
                                          ) CASE NO.     50452939 JJT
JOSEPH L SIMPSON                          )
                                          )    DATE FILED: 06/10/2004
                                          ) DATE CONFIRMED: 01/14/2005
708 POCONO DR                             ) DATE CONCLUDED: 02/13/2008
E. STROUDSBURG, PA  18301      DEBTOR (S) )
                                          )
------------------------------------------)

                         STANDING CHAPTER 13 TRUSTEE'S
                                FINAL REPORT
                              CLOSED COMPLETED

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her
as Trustee and releasing the Trustee and the Trustee's surety from any and all
liability on account of the within proceedings, and closing the estate, and for
such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.




                              ------------------------------------
                              CHARLES J. DEHART, III

                              PO BOX 410
                              HUMMELSTOWN, PA  17036




PRINTED  02/13/08
```